## Commonwealth ex rel. Hayes, Appellant, *v.* Hendrick.

■■■■■■■■■■ Submitted March 21, 1966. *Abyssinia Hayes,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First

Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.